1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 | JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
3 | Chief, Tax Division
EMILY J. KINGSTON (CSBN 184752)
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7000
Facsimile: (415) 436-6748
7 | Email: emily.kingston@usdoj.gov

8 | Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HERBERT A. WENKS and JAYDEANE WENKS, | ) ) ) | Case No. C-04-4846 JSW |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | [Proposed] ORDER CONTINUING SETTLEMENT CONFERENCE DEADLINE |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

This matter having come before the Court on the Parties' Joint Request to Continue Settlement Conference Deadline, and the Court having read the request and being aware of the facts related to this matter, and for good cause shown,

IT IS HEREBY ORDERED that the current June 30, 2005, deadline for the completion of the settlement conference in this case is hereby continued to July 31, 2005.

**IT IS SO ORDERED.**

Dated: May 23, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[Proposed] Order Continuing
Settlement Conference Deadline
C-04-4846 JSW

1