KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
EMILY J. KINGSTON (CSBN 184752)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Facsimile: (415) 436-6748
Email: emily.kingston@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT A. WENKS and JAYDEANE WENKS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. C-04-4846 JSW <br><br> [~~Proposed~~] ORDER CONTINUING DISCOVERY DEADLINE AND MOTIONS HEARING DATE |

This matter having come before the Court on the Parties' Joint Request to Continue Discovery Deadline and Motions Hearing Date, and the Court having read the request and being aware of the facts related to this matter, and for good cause shown,

IT IS HEREBY ORDERED that the current June 20, 2005, deadline for the completion of discovery is continued to July 25, 2005.

IT IS FURTHER HEREBY ORDERED that the August 12, 2005, date currently scheduled for the hearing of dispositive motions, is continued to October 14 ~~September 16,~~ 2005, and the briefing scheduled is adjusted accordingly., the Pretrial Conference is CONTINUED to December 12, 2005 and the Trial is CONTINUED to January 9, 2006.

**IT IS SO ORDERED.**

Dated: June 15, 2005

/s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

*[~~Proposed~~] Order Continuing Discovery*
*Deadline and Hearing of Dispositive Motions*
*Case No. C-04-4846 JSW*                    1