KEVIN V. RYAN (CSBN 118321)
United States Attorney

JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

EMILY J. KINGSTON (CSBN 184752)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000
   Facsimile: (415) 436-6748
   Email: emily.kingston@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT A. WENKS and <br> JAYDEANE WENKS, <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>     Defendant. | Case No.  C-04-4846 JSW-EDL <br><br> **PARTIES' STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE DATE AND [~~Proposed~~] ORDER THEREON** |

    IT IS HEREBY AGREED, STIPULATED AND RESPECTFULLY REQUESTED, by and between the Plaintiffs, Herbert A. Wenks and Jaydeane Wenks, and the Defendant, the United States of America, that the Settlement Conference currently scheduled for July 14, 2005, at 9:00 a.m., be continued to July 27, 2005, at 9:00 a.m., and that the parties' Settlement

///

///

///

*Parties' Stipulated Request to*
*Continue Settlement Conference*
*Date and [Proposed] Order*
*C-04-4846 JSW-EDL*

1

Conference Statements be due on July 20, 2005, in order that the parties may complete necessary discovery before the Settlement Conference.

                Respectfully submitted,

                VAUGHT & BOUTRIS, LLP

Date: *July 8, 2005*       */s/ Jon R. Vaught*
                Jon R. Vaught
                Attorney for the Plaintiffs Herbert A.
                Wenks and Jaydeane Wenks


                KEVIN V. RYAN
                United States Attorney

Dated: *July 8, 2005*    By: */s/ Emily J. Kingston*
                EMILY J. KINGSTON
                Assistant U.S. Attorney
                Attorneys for the Defendant United States of
                America

## **ORDER**

  This matter having come before the Court on the Parties' Stipulated Request to Continue the Settlement Conference Date, and the Court having read the request, and for good cause shown,

  IT IS HEREBY ORDERED that the Settlement Conference shall be continued from July 14, 2005, at 9:00 a.m. to July 27, 2005, at 9:00 a.m.

  IT IS FURTHER HEREBY ORDERED that the parties' Settlement Conference Statements shall be due on July 20, 2005.

  **IT IS SO ORDERED.**

Dated:                           
                  ELIZABETH D. LAPORTE
                  UNITED STATES MAGISTRATE JUDGE

[GRANTED — signed Elizabeth D. Laporte]