IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT A. WENKS, et al.

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

No. C 04-04846 JSW

**ORDER REQUIRING STATUS REPORT**

On August 3, 2005, a settlement conference was held and this matter was settled. The parties, however, have not yet dismissed this action. The parties are HEREBY ORDERED to file a joint status report regarding the status of settlement and advising the Court when they expect the case to be dismissed. This status report shall be due on Friday, October 14, 2005.

**IT IS SO ORDERED.**

Dated: October 5, 2005

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE