1  VAUGHT & BOUTRIS, LLP
   Jon R. Vaught, Esq., SB# 114590
2  Basil J. Boutris, Esq., SB# 122758
   Attorneys at Law
3  80 Swan Way, Suite 320
   Oakland, California 94621
4  Telephone: (510) 430-1518

5  Attorneys for the Plaintiffs

6
   KEVIN V. RYAN (CSBN 118321)
7  United States Attorney

8  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
9  Chief, Tax Division

10 CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
11
        450 Golden Gate Avenue, Box 36055
12      San Francisco, California 94102
        Telephone: (415) 436-7000
13      Facsimile: (415) 436-6748

14 Attorneys for the Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT A. WENKS and JAYDEANE WENKS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. C-04-4846 JSW <br><br> **PARTIES' STIPULATION TO DISMISS ACTION WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to the settlement agreement entered into by the parties hereto, that the above-captioned matter, may and should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

VAUGHT & BOUTRIS

Date: 10-7-05

JON A. VAUGHT
Attorney for Plaintiffs

KEVIN V. RYAN
United States Attorney

Dated: 10-11-05

CYNTHIA STIER
Assistant U.S. Attorney
Attorneys for the Defendant United States of America

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the Parties, as reflected above, this action is **DISMISSED WITH PREJUDICE**, each side to bear its own costs and attorneys' fees.

The Clerk of the Court is ordered to close the file.

IT IS SO ORDERED.

Dated: November 3, 2005

THE HONORABLE JEFFREY S. WHITE
United States District Judge

Parties' Stipulation to Dismiss
Action with Prejudice and
[Proposed] Order Thereon
C-04-4846 JSW

2